IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ERIN MCWILLIAMS,<br><br>          Plaintiff,<br><br>vs.<br><br>GARFIELD COUNTY, GARFIELD COUNTY HEALTHCARE CENTER, GARFIELD COUNTY HEALTH CENTER BOARD OF DIRECTORS, and JOHN DOES 1-5,<br><br>          Defendants. | CV 23-97-BLG-SPW-TJC<br><br>ORDER |

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. 40) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that any pending motions are **DENIED** as moot.

DATED this 15th day of July, 2024.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1